UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-782-2 |
| | § | |
| WANDA SHERRILL | § | |

### ORDER

The Court hereby appoints Patrick J. McGuire to evaluate the eligibility of the defendant pursuant to 18 U.S.C. § 3582(c)(2) for possible re-sentencing. Please note that this defendant's anticipated release date is the first half of 2009. The Court will entertain motions for re-sentencing pursuant to this statute prior to March 3, 2008. If not earlier requested, a status conference for this case is set for the _10th_ day of _March_, 2008, at _1:30 P_.m.

SIGNED and ORDERED this _16th_ day of January, 2008.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE